[No. 3676–II. Division Two. May 28, 1980.]

THE STATE OF WASHINGTON, *Respondent,* v. BRADLEY PALMER, *Appellant.*

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR–169, John H. Kirkwood, J., entered September 28, 1978. *Affirmed* by unpublished opinion per Pearson, J., concurred in by Reed, C.J., and Petrie, J.

[No. 3438–II. Division Two. May 28, 1980.]

MICHAEL SPROUFFSKE, ET AL, *Appellants,* v. LOUIS YORK, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 224039, James V. Ramsdell, J., entered April 14, 1978. *Reversed* and *remanded* by unpublished opinion per Reed, C.J., concurred in by Petrie and Petrich, JJ.

[No. 3973–II. Division Two. May 29, 1980.]

*In the Matter of the Marriage of* MERLAINE J. PERRY *and* LINCOLN R. PERRY.

Appeal from a judgment of the Superior Court for Kitsap County, No. 42682, James I. Roper, J., entered March 9, 1979. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Reed, C.J., and Petrich, J.

[No. 3321–0–III. Division Three. May 29, 1980.]

VERNON RICHARDS, ET AL, *Appellants,* v. LAWRENCE BRULOTTE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–2–01844–1, Bruce P. Hanson, J., entered March 9, 1979. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.